The People of the State of New York ex rel. Harry G. Gay, Appellant, v. Edmond J. Butler, as Commissioner of the Tenement House Department of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Benjamin Harris, Respondent, v. Hugo Cohn and Daniel Loewenthal, Appellants, Impleaded with Emil Loewenthal.— Order affirmed, with ten dollars costs and disbursements. No opinion.

---

## FOURTH DEPARTMENT, NOVEMBER, 1907.

Homer C. Markham, Appellant, v. John W. Walsh, Respondent.— Judgment of County Court and Justice Court reversed, with costs in this court and the courts below. Held, that the defense of untenantableness of the premises was entirely unproved; and the jury having been permitted to consider the evidence as to the condition of the premises in question, which evidence was admitted over the plaintiff's objection and exception, we are unable to determine that the verdict rendered in favor of the defendant was not influenced or controlled thereby. All concurred.

James G. Clark, Respondent, v. National Starch Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Florence A. Hoover, as Sole Surviving Executrix, etc., of George H. Hoover, Deceased, Plaintiff, v. Bradley H. Phillips and James A. Treacy, as Receiver, etc., of the Standard Acetylene Lighting Company, Defendants.— Plaintiff's exceptions overruled, motion for new trial denied and judgment directed for defendants, with costs. All concurred.

Michael Dunn, Respondent, v. The City of Fulton, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Williams, J., who dissented.

R. Andrew Hamilton and Christine S. Watson, Appellants, v. Joseph P. Oldfield, Respondent.— Judgment affirmed, with costs. All concurred, except Williams and Kruse, JJ., who dissented.

Charles W. Koester, an Infant, by G. Townley Fries, His Guardian ad Litem, Respondent, v. Rochester Candy Works, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented, and Robson, J., not sitting.